# EXHIBIT A

James Lanier

282

Date: 1/17/2019

Pay To The Order Of: Navy-CA

$8,600.00

Eight Thousand Six Hundred Dollars and Zero Cents

by Navy-CA for James Lanier

© 2017 PaymentVision

# EXHIBIT B

| FILE # | | DATE COMPLETED | 11/25/2019 | RQD' BY | |
|---|---|---|---|---|---|
| SEND TO | | DATE ORDERED | 11/25/2019 | | |
| | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | PRICE | | LOAN TYPE | |
| | | REF. # | | | |
| **PROPERTY ADDRESS** | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | LANIER, JAMES | CO-APPLICANT | |
| SOC SEC # | DOB | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### COLLECTION ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | NAVY FCU | 10/19 | 02/15 02/19 | $14000 REV | $6869 - | $6869 | 00 | - | - | - | CHARGE OFF TU |

ACCOUNT CLOSED BY CREDIT GRANTOR

| B | B | NAVY FCU | 10/19 | 02/15 02/18 | $14205 REV | $6869 - | $6869 | 55 | **1** | **1** | **4** | CHARGE OFF EF |

**Late Dates:** 7/18-120, 6/18-120, 5/18-120, 4/18-90, 3/18-60, 2/18-30
CHARGED OFF ACCOUNT; ACCOUNT CLOSED BY CREDIT GRANTOR

# EXHIBIT C



## The Law Offices of
## ROBERT S. GITMEID & ASSOC., PLLC

November 26, 2019

**VIA CERTIFIED MAIL**

| | | |
|---|---|---|
| Transunion Consumer Solutions<br>P.O. Box 2000<br>Chester, PA 19016 | Equifax Information Services, LLC<br>P.O. Box 105139<br>Atlanta, GA 30348 | Experian Information Solutions, Inc.<br>12 E 49th Street, 11th Floor<br>New York, NY 10017 |
| Experian<br>P.O. Box 4500<br>Allen, TX 75013 | Innovis Consumer Assistance<br>P.O. Box 1640<br>Pittsburgh, PA 15230 | |

Re: James Lanier
Creditor: Navy Federal Credit Union
Account No.: Ending in 9274
SSN: Ending in ▮▮▮▮
Address: ▮▮▮▮

Dear Sir and/or Madam,

    Please be advised that the office was retained to represent James Lanier with respect to his claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

    On or about January 17, 2019, Mr. Lanier and Silverman Theologou, LLP, on behalf of Navy Federal Credit Union ("NFCU") entered into a settlement agreement for the above referenced account. A recording of the settlement agreement is available upon request. Pursuant to the terms of the settlement, Mr. Lanier was required to make a one lump sum payment totaling $8,600.00 to settle and close his NFCU account. Mr. Lanier, via his debt settlement representative, timely made the requisite settlement payment. Proof of this payment is attached herein for your review.

    However, over half a year later, Mr. Lanier's account continues to be negatively reported. In particular, on a requested credit report dated November 25, 2019, Mr. Lanier's account was reported with a status of "CHARGE OFF", a balance of $6,869.00 and a past due balance of $6,869.00. The relevant portion of Mr. Lanier's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

    **Pursuant to 15 U.S.C. § 1681m, please provide a written copy of Mr. Lanier's credit report to the below address.** Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

    Thank you for your prompt attention to the important matter.

Very truly yours,



Sopiko Kakulia
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC.
Sopiko.k@gitmeidlaw.com
(866) 707 4595 ext. 7118

---

Tel (866) 707-4595   30 Wall Street, 8th Floor #741, New York, NY 10005   Fax (877) 366-4747
www.GitmeidLaw.com



Innovis Consumer Assistance
P.O. Box 1640
Pittsburgh, PA 15230

Trans Union Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Experian
P.O. Box 4500
Allen, TX 75013

Experian Information Solutions, Inc.
12 E 49th Street, 11th Floor
New York, NY 10017



Equifax
P.O. Box 105139
Atlanta, GA 30348

James Lanier

282

Date: 1/17/2019

Pay To The Order Of  Navy-CA

$8,600.00

Eight Thousand Six Hundred Dollars and Zero Cents

by Navy-CA for James Lanier

© 2017 PaymentVision

| FILE # | | DATE COMPLETED | 11/25/2019 | RQD' BY | |
|---|---|---|---|---|---|
| SEND TO | | DATE ORDERED | 11/25/2019 | | |
| | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | PRICE | | LOAN TYPE | |
| | | REF. # | | | |
| PROPERTY ADDRESS | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | LANIER, JAMES | CO-APPLICANT | |
| SOC SEC # | DOB | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### COLLECTION ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | NAVY FCU | 10/19 | 02/15 02/19 | $14000 REV | $6869 - | $6869 | 00 | - | - | - | CHARGE OFF TU |
| | | ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | |
| B | B | NAVY FCU | 10/19 | 02/15 02/18 | $14205 REV | $6869 - | $6869 | 55 | 1 | 1 | 4 | CHARGE OFF EF |

**Late Dates:** 7/18-120, 6/18-120, 5/18-120, 4/18-90, 3/18-60, 2/18-30
CHARGED OFF ACCOUNT; ACCOUNT CLOSED BY CREDIT GRANTOR

# EXHIBIT D

| FILE # | | FNMA # | | DATE COMPLETED | 1/6/2020 | RQD' BY | |
|---|---|---|---|---|---|---|---|
| SEND TO | | | | DATE ORDERED | 1/6/2020 | | |
| | | | | REPOSITORIES | EF | PRPD' BY | |
| | | | | PRICE | | LOAN TYPE | |
| | | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | LANIER, JAMES | CO-APPLICANT | |
| SOC SEC # | DOB | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### COLLECTION ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | NAVY FCU | 11/19 | 02/15 / 02/18 | $14205 / REV | $6869 / - | $6869 | 55 | 1 | 1 | 4 | CHARGE OFF / EF |

**Late Dates:** 7/18-120, 6/18-120, 5/18-120, 4/18-90, 3/18-60, 2/18-30
CHARGED OFF ACCOUNT; ACCOUNT CLOSED BY CREDIT GRANTOR

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED